## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **SAMMY LEE WILLIAMS** | : | |
| | : | |
| **Petitioner,** | : | |
| **VS.** | : | **NO. 5:21-CV-00263-TES-CHW** |
| | : | |
| **STATE OF GEORGIA PEACH** | : | |
| **COUNTY,** | : | |
| | : | |
| **Respondent.** | : | |
| _____ | : | |

## **ORDER**

*Pro se* Petitioner Sammy Lee Williams, an inmate in the Peach County Jail in Fort Valley, Georgia, has filed the above-captioned application for federal habeas corpus relief under 28 U.S.C. § 2254, but he did not pay the filing fee or file a proper motion to proceed without the prepayment of the filing fee.   A prisoner proceeding *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Accordingly, Petitioner shall have **TWENTY-ONE (21) DAYS** from the date shown on this Order to pay the required $5.00 filing fee or file a proper motion to proceed without the prepayment of the filing fee.

The Clerk is **DIRECTED** to mail Petitioner a copy of the standard motion to proceed without prepayment of fees and affidavit and account certification form for this purpose.   If Petitioner does not wish to now pursue habeas relief, he should notify the

Court of this and/or withdraw his petition within **TWENTY-ONE (21) DAYS** of the date shown on this Order.

Petitioner is also instructed to notify the Court in writing of any change in his mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.** There will be no service of process in this case until further order.

**SO ORDERED**, this 27th day of August, 2021.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge