IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SAMMY LEE WILLIAMS, | * |
| Petitioner, | * |
| v. | Case No.  5:21-CV-00263-TES-CHW |
| | * |
| STATE OF GEORGIA PEACH COUNTY, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 15, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 16th day of November, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk